[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-10007
Non-Argument Calendar
_____

D.C. Docket No. 1:16-cr-00028-JRH-BKE-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL BERNARD JOHNSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(October 20, 2017)

Before MARCUS, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Brandon N. Fleming, appointed counsel for Michael Bernard Johnson in this direct criminal appeal, has moved to withdraw from further representation of Mr. Johnson and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Although the brief does not satisfy the requirements of an *Anders* brief, *see*, *e.g.*, *United States v. Edwards*, 822 F.2d 1012, 1013 (11th Cir. 1987), our independent and plenary review of the entire record reveals that Mr. Fleming's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, Mr. Fleming's motion to withdraw is **GRANTED**, and Mr. Johnson's conviction and sentence are **AFFIRMED**.